# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1616
LT Case No. 2020-DP-50

_____

T.F., MOTHER OF T.F. AND J.N.,
CHILDREN,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
Cary Frank Rada, Judge.

Amanda Peterson of Law Offices of Peterson, P.A., Mulberry, and
Frederick William Heath of Law Office of Frederick Heath,
Tampa, for Appellant.

Rachel Batten, Appellate Attorney of Children's Legal Services,
of Department of Children and Families, Brooksville, and Kelly
Schaeffer of Department of Children and Families, Bradenton;
and Sara Goldfarb, Statewide Director of Appeals, Amanda
Victoria Glass, Senior Attorney of Appellate Division, and
Samantha Patricia Wuschke, Co-Counsel, of Guardian ad Litem
Office, Tallahassee, for Appellee.


September 15, 2023

PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____